Shawn M. Krogh        SBN 227116
Frank M. Radoslovich   SBN 161457
RADOSLOVICH LAW CORPORATION
601 University Avenue, Suite 250
Sacramento, CA 95825
Telephone: (916) 565-8161
Facsimile: (916) 565-8170

Attorney for Defendant
ROBERT B. FRAIDENBURGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMIS INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT B. FRAIDENBURGH,<br><br>Defendant. | CASE NO.  CIV.S-04-1297 FCD DAD<br><br>**STIPULATION**<br><br><br>Trial Date:  November 15, 2005 |

IT IS HEREBY AGREED to and STIPULATED by and between the attorneys for Plaintiff IMPRIMIS INTERNATIONAL, INC. and Defendant ROBERT B. FRAIDENBURGH that Section IV of the Status (Pretrial Scheduling) Order be modified to provide that all discovery be completed by June 30, 2005.

The following demonstrates "good cause" as required for modification of the Status Order:

1.     On April 18, 2005, Defendant noticed the depositions of Plaintiff's person most knowledgeable and Ben Hord (an employee of Plaintiff).  The deposition notices provide that the depositions will take place on May 9, 2005.

2.     Plaintiff's counsel is participating a trial in Virginia which will be taking place from May 2, 2005 through May 9, 2005.

3.     Ben Hord, who will be designated as Plaintiff's person most knowledgeable will be in Thailand until May 24, 2005.

///

4. Plaintiff and Defendant are continuing to informally resolve outstanding discovery disputes relating to the Defendant's First Set of Special Interrogatories.

5. Plaintiff and Defendant have agreed that the deposition of Plaintiff's person most knowledgeable and Ben Hord will take place on June 7, 2005.

In sum, the parties hereby Stipulate and Agree that based upon the foregoing, good cause exists to modify Section IV of the Status Order to provide that all discovery be completed by June 30, 2005.

WHEREFORE, Plaintiff and Defendant hereby stipulate and request that the May 12, 2005, close of discovery date by vacated and that the Status Order be modified to provide that all discovery be completed by June 30, 2005.

IT IS SO STIPULATED.

Dated: ____4/21/2005_____.        _____/s/_____
                                        Shawn M. Krogh
                                        Attorney for Defendant ROBERT B. FRAIDENBURGH

Dated: ____4/21/2005_____.        _____/s/_____
                                        Stephen A. Bamberger
                                        Attorney for Plaintiff IMPRIMIS INTERNATIONAL, INC.

**PROPOSED ORDER**

WHEREFORE, based upon a finding of good cause, the Court hereby vacates that May 12, 2005, close of discovery date.

IT IS FURTHER ORDERED that the Status Order be modified to provide that all discovery be completed by June 30, 2005.

IT IS FURTHER ORDERED in light of the extension of the discovery completion date the court moves the following deadlines: all disposition motions shall be heard no later than September 9, 2005. The final pretrial conference is RESET to Friday, December 9, 2005 at 2:30 p.m. The Joint Pretrial Statement shall be filed on or before December 2, 2005. The jury trial is RESET to Tuesday, February 28, 2006 at 9:00 a.m.

DATED: May 12, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

STIPULATION

**COURT:**              **United States District Court, Eastern District of California**
**CASE NO.:**           **CIV. S-04-1297 FCD DAD**
**CASE NAME**:          ***Imprimis International, Inc. v. Robert B. Fraidenburgh***

PROOF OF SERVICE

      I am a citizen of the United States, employed in the County of Sacramento. My business address is 601 University Ave, Suite 250, Sacramento, California 95825. I am over the age of 18 years and not a party to the above-entitled action.

      I am familiar with Radoslovich Law Corporation's practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business.

      On the date indicated below, I served the within:

  **STIPULATION**

_____   BY MAIL---
Placed in the United States Mail at Sacramento, California, a true copy in a sealed envelope with first class postage affixed and mailed as follows:

_____   BY FAX AND MAIL---
I personally sent to the addressee's telecopier number a true copy of the above described document(s), and verified said transmission. Thereafter, I placed a true copy in a sealed envelope with first class postage affixed and mailed as follows:

_____   BY PERSONAL SERVICE---
By causing delivered by hand to the addressee addressed as follows:

_____   BY FEDERAL EXPRESS - - -
By causing delivery by Federal Express of the document(s), before the time due for pick-up, addressed as follows:

Stephen A. Bamberger
1529 Old Bridge Road, Suite 2
Woodbridge, VA 22192
Facsimile: (703) 499-9809

      I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on May 10, 2005, at Sacramento, California.

    Sarah J. Goodness          /s/