Shawn M. Krogh        SBN 227116
Frank M. Radoslovich    SBN 161457
RADOSLOVICH LAW CORPORATION
601 University Avenue, Suite 250
Sacramento, CA 95825
Telephone: (916) 565-8161
Facsimile: (916) 565-8170

Attorney for Defendant
ROBERT B. FRAIDENBURGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMIS INTERNATIONAL, INC., | CASE NO. 04-CV-1297 FCD DAD |
| Plaintiff, | **SUBSTITUTION OF COUNSEL** |
| vs. | |
| ROBERT B. FRAIDENBURGH, | |
| Defendant. | |

PLEASE TAKE NOTICE THAT Frank M. Radoslovich and the Radoslovich Law Corporation, counsel of record for Defendant, ROBERT B. FRAIDENBURGH, in this matter are withdrawing as counsel of record for this matter.  Defendant, ROBERT B. FRAIDENBURGH, will now be in Pro Per for this matter and can be reached as follows:

> Robert B. Fraidenburgh
> 2449 Sonora Drive
> El Dorado Hills, CA 95762
> Telephone:  (916) 941-7366
> Facsimile:   (916) 941-7369

Withdrawing Attorneys:                              Defendant:


_____/s/_____                _____/s/_____
Shawn M. Krogh                                      ROBERT B. FRAIDENBURGH
RADOSLOVICH LAW CORPORATION

1      I, ROBERT B. FRAIDENBURGH, am the Defendant in this matter and hereby consent to

2  this Substitution of Counsel.

3

4  _____/s/_____
   ROBERT B. FRAIDENBURGH

5

6  IT IS SO ORDERED:

7  DATED:June 3, 2005

8                                         /s/ Frank C. Damrell Jr._____
                                          FRANK C. DAMRELL JR.
9                                         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**COURT:**          **United States District Court, Eastern District of California**
**CASE NO.:**       **04-CV-1297 FCD DAD**
**CASE NAME:**      **Imprimis v. Fraidenburgh**

PROOF OF SERVICE

_____I am a citizen of the United States, employed in the County of Sacramento.  My business address is 601 University Ave, Suite 250, Sacramento, California 95825.  I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with Radoslovich Law Corporation's practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle.  Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business.

On the date indicated below, I served the within:

**SUBSTITUTION OF COUNSEL**

XXX   BY MAIL---
Placed in the United States Mail at Sacramento, California, a true copy in a sealed envelope with first class postage affixed and mailed as follows:

Robert B. Fraidenburgh
2449 Sonora Drive
El Dorado Hills, CA 95762

Stephen A. Bamberger
1529 Old Bridge Road, Suite 2
Woodbridge, VA 22192

____   BY FAX AND MAIL---
I personally sent to the addressee's telecopier number a true copy of the above described document(s), and verified said transmission.  Thereafter, I placed a true copy in a sealed envelope with first class postage affixed and mailed as follows:

_____   BY PERSONAL SERVICE---
By causing delivered by hand to the addressee addressed as follows:

____   BY FEDERAL EXPRESS - - -
By causing delivery by Federal Express of the document(s), before the time due for pick-up, addressed as follows

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on May 31, 2005, at Sacramento, California.

_____Sarah J. Goodness_____          _____/s/_____