UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMIS INTERNATIONAL INC. | CASE NO. CIV S-04-1297 FCD/DAD |
| Plaintiff, | |
| vs. | **ORDER VACATING SUBSTITUTION OF COUNSEL** |
| ROBERT B. FRAIDENBURGH, | |
| Defendant. | |
| _____/ | |

On June 2, 2005 defendant's counsel, Mr. Shawn Krogh, submitted a substitution of counsel for court approval.  On June 6, 2005 the substitution was approved and the order was served on all parties.

However, after further review by the court the order was issued in error.  The substitution of counsel does not comply with Local Rule 83-182(d) which requires a noticed motion to withdraw in these circumstances which defendant will be left in propria persona.

Accordingly, the order of substitution is VACATED. Defendant's counsel, Mr. Shawn Krogh, shall bring a properly
///

1 | noticed motion in accordance with Local Rule 83-182 and
2 | 78-230 seeking withdrawal of counsel of record.
3 | IT IS SO ORDERED.
4 | DATED:June 7, 2005

/s Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

2