IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMIS INTERNATIONAL, INC., | No. CIV.S-04-1297 FCD DAD |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ROBERT B. FRAIDENBURGH, | |
| Defendant. | |

This matter came before the Court on August 19, 2005, for hearing on plaintiff's motion for sanctions pursuant to Federal Rule of Civil Procedure 37(d). Stephen Bamberger appeared on behalf of plaintiff. Shawn M. Krogh appeared on behalf of defendant. Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing on the motion, IT IS HEREBY ORDERED that:

/////

/////

1.   Plaintiff's motion for sanctions is denied;

2.   Defendant Robert Fraidenburgh shall make himself available for deposition in Northern California at a time and location to be agreed upon by the parties; and

3.   The parties are directed to contact Maureen Price, the courtroom deputy of the district judge assigned to this case, at (916) 930-4163 to explore the possible modification of the pretrial scheduling order in this action, which the undersigned finds to be appropriate under the circumstances.

DATED: August 22, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1\orders.civil\imprimis1297.oah.081905

2