Shawn M. Krogh          SBN 227116
Frank M. Radoslovich    SBN 161457
RADOSLOVICH LAW CORPORATION
601 University Avenue, Suite 250
Sacramento, CA 95825
Telephone: (916) 565-8161
Facsimile: (916) 565-8170

Attorney for Defendant
ROBERT B. FRAIDENBURGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMIS INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT B. FRAIDENBURGH,<br><br>Defendant. | CASE NO.  CIV.S-04-1297 FCD DAD<br><br>**STIPULATION**<br><br><br>Trial Date:   November 15, 2005 |

IT IS HEREBY AGREED to and STIPULATED by and between the attorneys for Plaintiff IMPRIMIS INTERNATIONAL, INC. and Defendant ROBERT B. FRAIDENBURGH that Section IV of the Status (Pretrial Scheduling) Order be modified to provide that all discovery be completed by October 31, 2005.

Magistrate Judge Dale Drozd's order dated August 19, 2005 requiring Defendant Robert Fraidenburgh to appear at a deposition in Northern California demonstrates "good cause" as required for the modification of the Status Order.

In sum, the parties hereby Stipulate and Agree that based upon the foregoing, good cause exists to modify Section IV of the Status Order to provide that all discovery be completed by October 31, 2005.

/ / /

/ / /

/ / /

1     WHEREFORE, Plaintiff and Defendant hereby stipulate and request that the June 30, 2005,
2 close of discovery date by vacated and that the Status Order be modified to provide that all discovery
3 be completed by October 31, 2005.

4     IT IS SO STIPULATED.

6 Dated: _____.      _____
7     Shawn M. Krogh
    Attorney for Defendant ROBERT B. FRAIDENBURGH

10 Dated:_____.      _____
11     Stephen A. Bamberger
    Attorney for Plaintiff IMPRIMIS INTERNATIONAL, INC.

**ORDER**

WHEREFORE, based upon a finding of good cause, the Court hereby vacates that June 30, 2005, close of discovery date.

IT IS FURTHER ORDERED that the Status Order be modified to provide that all discovery be completed by October 31, 2005.

IT IS FURTHER ORDERED in light of discovery the following dates are hereby reset: dispositive motions must be heard no later than January 13, 2006 at 10:00 a.m.  All briefing as to the motions must be in compliance with Local Rule 78-230.  The final pretrial conference is set for Friday, March 17, 2006 at 2:30 p.m.  The joint final pretrial statement shall be filed no later than March 10, 2006.  The parties shall refer to the court's Status Order filed November 30, 2004 as to the form and content of the statement.  The jury trial is reset to Tuesday, May 23, 2006 at 9:00 a.m.

Dated: September 13, 2005            /s/ Frank C. Damrell Jr.
                                     Frank C. Damrell Jr.
                                     U.S. District Judge

**COURT:** United States District Court, Eastern District of California
**CASE NO.:** CIV. S-04-1297 FCD DAD
**CASE NAME**: *Imprimis International, Inc. v. Robert B. Fraidenburgh*

PROOF OF SERVICE

_____ I am a citizen of the United States, employed in the County of Sacramento. My business address is 601 University Ave, Suite 250, Sacramento, California 95825. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with Radoslovich Law Corporation's practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business.

On the date indicated below, I served the within:

**STIPULATION**

_____ BY MAIL---
Placed in the United States Mail at Sacramento, California, a true copy in a sealed envelope with first class postage affixed and mailed as follows:

_____ BY FAX AND MAIL---
I personally sent to the addressee's telecopier number a true copy of the above described document(s), and verified said transmission. Thereafter, I placed a true copy in a sealed envelope with first class postage affixed and mailed as follows:

_____ BY PERSONAL SERVICE---
By causing delivered by hand to the addressee addressed as follows:

_____ BY FEDERAL EXPRESS - - -
By causing delivery by Federal Express of the document(s), before the time due for pick-up, addressed as follows:

Stephen A. Bamberger
1529 Old Bridge Road, Suite 2
Woodbridge, VA 22192
Facsimile: (703) 499-9809

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on_____ at Sacramento, California.

_____Devika Datt_____     _____