UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

IMPRIMIS INTERNATIONAL INC.,
       Plaintiff,       NO. CIV. S-04-1297 FCD DAD

<u>ORDER AND ORDER TO SHOW CAUSE</u>
   v.                 <u>RE SANCTIONS</u>

ROBERT B. FRAIDENBURGH,
       Defendant.

----oo0oo----

    1.    The Final Pretrial Conference is continued to Friday, March 31, 2006 at 1:30 p.m.  Plaintiff and Defendant shall file a Joint Pretrial Statement, on or before March 24, 2006, as referenced in the Court's November 30, 2004 Pretrial Scheduling Order.

    2.    Plaintiff and Defendant's counsel are ordered to show cause why they should not be sanctioned in the amount of $150.00

each, for failing to file a Joint Pretrial Statement.

    3.   Counsel shall file their responses to the order to show cause on or before March 24, 2006.

    4.   A hearing on the order to show cause will follow the Final Pretrial Conference.

    IT IS SO ORDERED.

DATED: March 14, 2006.

```
                              /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL, Jr.
                              UNITED STATES DISTRICT JUDGE
```