1 | RADOSLOVICH LAW CORPORATION
2 | Frank M. Radoslovich  SBN 161457
  | Shawn M. Krogh  SBN  227116
3 | 601 University Avenue, Suite 250
  | Sacramento, CA 95825
4 | Telephone:  (916) 565-8161
  | Facsimile:  (916) 565-8170

5 | Attorneys for Defendant
6 | ROBERT B. FRAIDENBURGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRIMIS INTERNATIONAL, INC. ) | Case No. CIV.S-04-1297 FCD DAD |
| Plaintiff, ) ) | |
| vs. ) ) | **SUBSTITUTION OF COUNSEL** |
| ) ) | |
| ROBERT B. FRAIDENBURGH ) ) | |
| Defendant ) ) | |

PLEASE TAKE NOTICE THAT Frank M. Radoslovich, Shawn M. Krogh and the Radoslovich Law Corporation, counsel of record for Defendant, ROBERT B. FRAIDENBURGH, in this matter, are withdrawing as counsel of record for this matter. Defendant, ROBERT B. FRAIDENBURGH, will now be represented by Thomas J. Bowers III, Esq., SBN 056596, whose contact information is as follows:

    Thomas J. Bowers III, Esq.
    P.O. Box 5558
    El Dorado Hills, CA 95762
    Phone: 916-933-7468
    Facsimile: 916-933-7460

/ / /

/ / /

/ / /

1

Withdrawing Attorneys:  I, Shawn M. Krogh, on behalf of the Radoslovich Law Corporation, hereby consent to this Substitution of Counsel.

Date: June 9, 2006                    _____/s/_____
                                       Shawn M. Krogh on behalf of the
                                       Radoslovich Law Corporation

New Counsel of Record:  I, Thomas J. Bowers III, Esq., hereby consent to this Substitution of Counsel.

Date:  June 7, 2006                    _____/s/_____
                                       Thomas J. Bowers III, Esq.

Client Consent:  I, ROBERT B. FRAIDENBURGH, am the Defendant in this matter and hereby consent to this Substitution of Counsel.

Date: June 7, 2006                     _____/s/_____
                                       Robert B. Fraidenburgh


IT IS SO ORDERED:

Date: June 14, 2006                    /s/ Frank C. Damrell Jr._____
                                       Judge Frank C. Damrell Jr.